| | |
|---|---|
| Deborah A. Gubernick (#242483)<br>dgubernick@swlaw.com<br>Christopher D. Bright (#206273)<br>cbright@swlaw.com<br>Michelle Emeterio (#340328)<br>memeterio@swlaw.com<br>SNELL & WILMER L.L.P.<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, California 92626-7689<br>Telephone:  714.427.7000<br>Facsimile:   714.427.7799<br><br>Attorneys for Plaintiff | COOLEY LLP<br>Bobby Ghajar (198719)<br>bghajar@cooley.com<br>1333 2nd Street, Suite 400<br>Santa Monica, California 90401<br>Telephone: +1 310 883 6400<br>Facsimile: +1 310 883 6500<br><br>Judd Lauter (290945)<br>jlauter@cooley.com<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: +1 212 479 6023<br>Facsimile: +1 212 479 6275<br><br>Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE PROACTIVE HEALTH, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>BETR REMEDIES, LLC, a Delaware limited liability company, COUNTRY MILE, LLC, a Delaware limited liability company, GREEN PARK BRANDS, LP, a Delaware limited partnership, GREEN PARK BRANDS GP, LLC, a Delaware limited liability company, GREEN PARK HOLDINGS, LLC, a Delaware limited liability company, LIVIO BISTERZO, JENNIFER SIMONE HOFFMAN, ELLEN POMPEO, and DOES 1-10,<br><br>          Defendants. | Case No. 2:22-cv-00651<br><br>**STIPULATION TO ENTER PROTECTIVE ORDER**<br><br><br>Complaint Filed: 01/28/2022<br>Trial Date:         None |

SNELL & WILMER

CASE NO. 2:22-CV-00651
**STIPULATION TO ENTER PROTECTIVE ORDER**

Plaintiff Pure Proactive Health, Inc. also known as Betr Health ("Plaintiff" or "Betr Health") and Defendants Betr Remedies, LLC, Country Mile, LLC, Green Park Brands, LP, Green Park Brands GP, LLC, Green Park Holdings, LLC, Livio Bisterzo, Jennifer Simone Hoffman, and Ellen Pompeo (collectively, "Defendants"), hereby stipulate to the Court's entry of the attached [Proposed] Protective Order, which is based in large part on the Court's Standing Protective Order (Dkt. 12, Ex. E), along with changes stipulated by the parties.

**IT IS SO STIPULATED.**

Dated: June 15, 2022                    SNELL & WILMER L.L.P.


                                        By: /s/Deborah A. Gubernick
                                            Deborah A. Gubernick
                                            Christopher D. Bright
                                            Michelle Emeterio

                                        Attorneys for Plaintiff


                                        COOLEY LLP


                                        By: /s/ Bobby Ghajar
                                            Bobby Ghajar
                                            Judd Lauter

                                        Attorneys for Defendants


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 6/16/2022

                                        /s/ Charles F. Eick
                                        _____
                                        Hon. Charles F. Eick
                                        United States Magistrate Judge

## SIGNATURE ATTESTATION

I, Deborah A. Gubernick, am the ECF User whose ID and password are being used to file this Stipulation to Enter [Proposed] Protective Order. In compliance with Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: June 15, 2022     BY:   /s/Deborah A. Gubernick