UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE PROACTIVE HEALTH, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BETR REMEDIES, LLC, a Delaware limited liability company, COUNTRY MILE, LLC, a Delaware limited liability company, GREEN PARK BRANDS, LP, a Delaware limited partnership, GREEN PARK BRANDS GP, LLC, a Delaware limited liability company, GREEN PARK HOLDINGS, LLC, a Delaware limited liability company, LIVIO BISTERZO, JENNIFER SIMONE HOFFMAN, ELLEN POMPEO, and DOES 1-10,<br><br>　　　　Defendants. | No. LA CV22-00651 JAK (Ex)<br><br>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE (DKT. 99)**<br><br>JS-6 |

1  Based on a review of the Stipulation to Dismiss with Prejudice (the
2  "Stipulation" (Dkt. 99)), sufficient good cause has been shown for the
3  requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Fed.
4  R. Civ. P. 41(a), The above-captioned action is dismissed with prejudice in its
5  entirety as to all claims and parties. Each party shall bear its own attorney's
6  fees and costs.

8  **IT IS SO ORDERED.**

10 Dated: July 21, 2022

John A. Kronstadt
United States District Judge